**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Blue 425 LLC, | Case No. 25-cv-13168 |
| Plaintiff, | |
| v. | |
| Laserline Inc., Laserline GmbH, and WBC Photonics Inc. | **JURY TRIAL DEMANDED** |
| Defendants. | |

**INDEX OF EXHIBITS**

| Exhibit Number | Description |
|---|---|
| 1 | U.S. Patent No. 10,940,562 |
| 2 | U.S. Patent No. 11,612,957 |
| 3 | U.S. Patent No. 11,654,489 |
| 4 | U.S. Patent No. 11,980,970 |
| 5 | U.S. Patent No. 12,220,764 |
| 6 | Website |
| 7 | Images of Accused Products |
| 8 | Images of Accused Products |