# EXHIBIT 6

Careers   News   Downloads   EN

Home > About Us > Locations

All locations    Subsidiaries    Distributors



## Locations

| DE | **Laserline GmbH** Mülheim-Kärlich<br>Head office |
|---|---|

| USA | **Laserline Inc.** Santa Clara<br>Branch |
|---|---|

| USA | **Laserline Inc.** Livonia<br>Branch |
|---|---|

| MEX | **Laserline Diode Laser, S. de R.L. De C.V.** San Luis Potosi<br>Branch |
|---|---|

| JPN | **Laserline K.K.** Tokyo<br>Branch |
|---|---|

| KOR | **Laserline Korea CO., LTD.** Gyeonggi-Do<br>Branch |
|---|---|

| CHN | **LASERLINE Laser Technology (Shanghai) CO., LTD.** Shanghai<br>Branch |
|---|---|

| BRA | **Laserline Latin America** Sao Paulo<br>Branch |
|---|---|

| IND | **Laserline Diode Laser Technology Pvt. Ltd.** Maharashtra<br>Branch |
|---|---|

| USA | **WBC Photonics Inc. - A Laserline Company** Derry<br>Branch |
|---|---|

| DE | **BACKES ELECTRONIC GmbH** Halsenbach<br>Branch |
|---|---|

| FRA | **INDUSTRIAL LASER SYSTEMS** Vanves<br>Distributor |
|---|---|

| ITA | **Optoprim S.r.l.** Monza<br>Distributor |
|---|---|

| AUS | **RAYMAX** Newport Beach<br>Distributor |
|---|---|

| TWN | **Taiwan Dynamics Corp. (HQ)** New Taipei City<br>Distributor |
|---|---|

| SIN | **DURA-METAL (S) PTE. LTD.** Singapur<br>Distributor |
|---|---|

### Do you have any questions?

Then please feel free to contact us!

Your Request

---

## Headquarters

Laserline GmbH
Fraunhofer Straße 5
56218 Mülheim-Kärlich
Germany
**Central**
+49 2630 964 4000



**Locations worldwide**
To the overview >

## Favorites

> Pressroom
> News & Dates
> Journal


