# EXHIBIT 7

Home  >  Products  >  High Power Diode Lasers  >
Mobile High Power Diode Laser

# LDF Series | Mobile High Power Diode Laser

Diode lasers for industrial applications in the multi-kilowatt range set the standard in terms of performance, mobility, efficiency and ease of maintenance



## LDF Series: The Benchmark for High Power Diode Lasers

### The LDF Platform – Thinking into the Future

The LDF series Laserline is setting the benchmarks for high power diode lasers. Even devices with over 30 kW laser power are set on sturdy castors allowing a single employee to move the laser to different locations for start-up in production – a unique benefit. All you need is electricity, water and an optical fiber – and the laser is ready for use at its new site.

Thanks to permanent development of our proven active diode cooling technology the LDF series family is optimized to multi-kilowatt power levels even at high beam qualities. 8 kW out of a 600 µm fiber at NA 0.1 in a compact configuration at less than one square meter footprint.

### A Modular Concept Allows Maximal Flexibility

Be it power, cooling or system interfaces: The LDF series can be individually configured and adapted to changing requirements. The lasers are available with internal or external cooling system as a water/water or water/air variant.



With these Laserline chillers, perfectly aligned to the product line and fully integrated in the control cycle, high power lasers can now be operated permanently in production with a low footprint requirement. Through the internal networking of all components malfunctions can be diagnosed in real-time and resolved immediately.

### The New Benchmark for Power and Functionality

LDF diode lasers are highly economical: with an efficiency of over 50 percent, they have the highest technical efficiency of all diode laser types. And the functionality leaves nothing to be desired. Thanks to the mobile hot-pluggable operating units, the LDF lasers can be monitored and controlled very flexibly, even from a distance.

The three-stage troubleshooting management system displays information, warning and error messages, identifies causes and, if necessary, guides you directly to efficient troubleshooting.

Connection areas and interfaces are easily accessible thanks to a pull-out cover. System components can be easily replaced - so production does not come to a standstill.

 

## The Intelligent System Control Makes a Difference

An industrial, latest-generation Ethernet network combines the different components and interfaces with the central control unit, which monitors the entire process in real time. An OPC UA interface creates the prerequisites for a platform-independent, vertical and horizontal data communication. It enables the integration of lasers in modern concept architectures. All information is available at any time on the mobile control panel directly on the laser or via network connection in a control center as well as over second remote access.

## Industry 4.0 Communication with OPC UA

An OPC UA interface creates the prerequisites for platform-independent, vertical and horizontal data communication. It enables the integration of lasers, fibers and processing optics in modern system architectures and forms the basis for new digital laser solutions.



- Decentralized information acquisition on all networked Laserline products
- Enhanced system transparency and reliability
- Real-time status data collection
- Customer-specific performance benchmarking
- Predictive maintenance through optimized service intervals

[ Feel free to contact us ]

### The Technical Advantages at a Glance

- Worldwide only mobile series up to 45 kW laser power
- Modular: Optionally internal or external cooling
- Laserline water/water or water/air cooling systems
- High electrical efficiency: Over 50 percent
- Field-proven active diode cooling technology
- Internal networking of all components
- Real-time diagnoses of malfunctions
- Interfaces compatible with previous series generations

### Highest Quality in Every Respect

- Hot-plug capable mobile operation panel
- Remote operation via network access
- Convenient laser data backup on USB stick
- Maintenance-friendly due to sliding service hood
- Robust installation for over 30,000 hours of operation
- Reliable and continuous - also in multiple shift operation
- Industrie 4.0 conform communication via OPC UA
- 2-year warranty for laser diodes, upgrade to 7 years possible

Laserline
LDF diode lasers

## LDF High Power Diode Lasers at a Glance

### Optical Specifications

| Max. output power | 8,000 W | 16,000 W | 16,000 W | 20,000 W | 45,000 W |
|---|---|---|---|---|---|
| Beam quality | 30 mm·mrad | 40 mm·mrad | 60 mm·mrad | 100 mm·mrad | 350 mm·mrad |
| | | Other laser powers and process-adapted beam qualities available | | | |
| Optical fiber | 600 µm/NA 0.1 | 600 µm/NA 0.2 | 1,000 µm/NA 0.2 | 1,000 µm/NA 0.2 | 2,000 µm/NA 0.2 |
| Fiber length | | | 10m, 20m, 30m, 50m, other lengths on request | | |
| Power stability | | | +/- 1% over 8 hours | | |
| Wavelength range | | | 900 nm to 1,080 nm | | |

### Mechanical Specifications

| | |
|---|---|
| LQM | Weight approx. 750 kg, dimensions: 1,411 x 860 x 1,200 mm³ (length x width x height) |
| LQM | Weight approx. 900 kg, dimensions: 1,411 x 860 x 1,900 mm³ (length x width x height) |
| LQM | Weight approx. 480 kg, dimensions: 1,411 x 860 x 1,900 mm³ (length x width x height) |
| LQM | Weight approx. 1,800 kg, dimensions: 1,411 x 1,217 x 1,200 mm³ (length x width x height) |

## ◀▶ Hybrid Laser System

Configuration Example



Designed with a single high power diode laser source, this system features two standard beam exits, enabling users to switch between fiber outputs depending on the specific task – without the need for multiple laser systems. Depending on the maximum output power of the installed laser, the 1,000 µm standard process fiber can deliver output powers exceeding 20 kW. This empowers hybrid configurations for a broad variety of use cases involving cladding, heat treatment, or other surface treatment processes as well. The 30 µm or 75 µm Active Process Fiber APF provides output powers of up to 6 kW tailored for welding, cutting, or other fine materials processing.

[ Learn more ]

LDF Diode Laser | Cladding Optics with Standard Process Fiber |
Scanner Optics with Active Process Fiber APF

## Variety of Applications for LDF Diode Lasers

Thanks to their high modularity and flexibility, our LDF mobile high power diode lasers are suitable for a wide range of applications. A selection of the most common applications with diode lasers can be found here.

Laser Metal Deposition
Laser metal deposition and cladding with LDF lasers.

Laser Welding
Durable and economic welding with LDF diode lasers.

Heat Treatment
Hardening, softening and thermal treatment with LDF diode lasers.

Semiconductor production
Brazing, inspection and wafer processing with diode lasers.

Any questions on our lasers?
[ Please send us your request ]

Headquarters

Laserline GmbH
Fraunhofer Straße 5
56218 Mülheim-Kärlich
Germany
Central
+49 2630 964 4000

Locations worldwide
To the overview →

Favorites
- Products
- News & Dates
- Journal
- Contact



© 2025 Laserline GmbH    Data protection    Imprint    Cookie settings