# EXHIBIT 8


# LDM Series | Compact Diode Laser

Compact systems with high performance: the LDM series meets these requirements of many users

## LDM Series: The Compact Class for Diode Lasers

### Compact

The space saving 19-inch conception makes the integration of the laser easier for plant construction thereby qualifying it as a standard industrial tool. Whether in a classical control cabinet, a processing station or underneath the conveyor belts of an interlinked production plant, the innovative design makes it possible to integrate the LDM diode laser in any production area. It requires no additional space and is thus perfectly suitable for OEM applications.

### Multi-Kilowatt Power for 19" Rack Mount Module

The system design of the four-coupled OEM modules of the LDM series is consequently focused on compactness, reliability and ease of integration. The LDM is a 19-inch rack-mounted laser, the size of a PC. It includes the diode stacks, a fiber-coupling unit, the power supply, cooling as well as microelectronics used to monitor and control the laser.

### Powerful

Laserline is once again setting the standard for compact high power diode lasers with an increase in the performance of the LDM product family in the 7 U plug-in system. The beam quality of the fiber-coupled diode laser LDM is comparable to that of a lamp-pumped solid-state laser, but with a tenfold higher socket-efficiency at a fraction of the size. Very simple operation thanks to the functional, standardized signal interface underlines this user-oriented product philosophy.




### Reliable

The LDM module is based on the proven and continuously developed Laserline diode technology. Today it is used worldwide in many application areas and is characterized by high reliability and system stability. Therefore Laserline's diode lasers are offered with a two-year warranty on laser diodes. This period may be extended on request.

### User-friendly

The main element of the LDM's product philosophy is user-friendliness. The miniaturization of the laser system leads to a clear reduction in investment and operation costs. LDM diode lasers have a great potential to be a substitution not only for existing laser applications but also for conventional methods, e.g. welding, repair welding or heat treatment.



### Technical Advantages at a Glance

- Up to 10 kW in a 19" rack mount housing
- 2-year warranty for laser diodes, upgrade to 7 years possible
- Beam quality comparable with Nd:YAG solid-state lasers
- Ideal for welding, hardening as well as mobile repair welding
- Easiest integration in laser plants
- Individual components can be replaced if required



Laserline
LDM diode laser                     Download

## LDM Diode Lasers at a Glance

### Optical Specifications

| Max. Output Power | 3,200 W | 3,000 W | 4,000 W | 6,000 W | 10,000 W |
|---|---|---|---|---|---|
| Beam quality | 20 mm·mrad | 30 mm·mrad | 40 mm·mrad | 60 mm·mrad | 100 mm·mrad |
| | Other laser powers and process-adapted beam qualities available | | | | |
| Optical fiber | 400 µm(NA 0.1) | 400 µm(NA 0.2) | 600 µm(NA 0.2) | 600 µm(NA 0.2) | 1,000 µm(NA 0.2) |
| Fiber lengths | 10m, 20m, 30m, 50m, other lengths on request | | | | |
| Power stability | < ± 2% over 2 hours | | | | |
| Wavelength range | 900 nm to 1,080 nm | | | | |

### Mechanical Specifications

| VDIH | Weight approx. 50 kg, dimensions: 19-inch rack mount, 5 HE (220 mm), 636 mm deep |
|---|---|
| VDIM | Weight approx. 110 kg, dimensions: 19-inch rack mount, 7 HE (312 mm), 766 mm deep |

## LDM Stand Alone Solution

### Air-cooled Laser System on 0.5 Square Meters

The LDM Stand Alone Solution is a fully functional laser source with an integrated water/air cooling system. The integrated solution can be equipped with all LDM diode lasers up to 10 kW laser power and also includes a hydraulically separated cooling circuit for processing optics, in addition to the connections for water-cooled power meters.

With a footprint of just 0.5 m², the LDM stand-alone solution offers an extremely compact and flexible laser unit. It can be easily installed in production environments without additional technical infrastructure. Only mains connection is required for operation.





Laserline
LDM Stand Alone Solution                     Download

## Variety of Applications for LDM Diode Lasers

The compact 19-inch plug-in modules LDM are an excellent choice for OEMs, as these small, cost-effective yet powerful modules are easy to integrate into production systems. A selection of the most common applications with LDM diode lasers can be found here.


**Edgeband Welding**
Integration of an LDM diode laser into a wood-processing machine


**Laser Hardening**
Laser beam hardening of different surface areas with compact LDM diode lasers


**Repair Welding**
Master Welding with LDM diode lasers


**Laser Welding**
Laser welding with compact LDM diode lasers

### Interested in our compact diode lasers?

Please contact us

## Headquarters

Laserline GmbH
Fraunhofer Straße 5
56218 Mülheim-Kärlich
Germany

Central
+49 (0)2630 964 0000


## Locations worldwide
To the overview →

in  ✕  f  ⊙  ▶  ⌄

## Favorites
> Pressroom
> News & Dates
> Journal


© 2025 Laserline GmbH    Data protection    Imprint    Cookie Settings